**Opinion issued June 12, 2018**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-18-00245-CV

_____

### IN THE INTEREST OF A.J.H., CHILD, Appellant

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Case No. 2017-00233J**

---

## ORDER

D.G. and E.H. appeal from a decree of termination of parental rights signed on March 8, 2018. On May 31, 2018, appellant D.G. advised this court that the trial court had granted his motion for new trial. D.G. filed an unopposed motion to dismiss his appeal as moot.

When the trial court grants a motion for new trial, it returns the case to its position before trial and renders the appeal moot. *See* TEX. R. APP. P. 21.9(b); *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005). Because the trial court granted D.G.'s motion for new trial, his appeal of the trial court's decree is moot.

Accordingly, we grant the motion and dismiss D.G.'s appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). The appeal of E.H. remains pending.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.